Commonwealth *v.* Tyler, Appellant.

Argued March 11, 1974. *Allen H. Smith,* for appellant; *Alan M. Cashman,* Assistant District Attorney, with him *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.